UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNIE L. BATTLES,

    Plaintiff,

                                        Case No. 3:14-cv-00521-MCR-CJK

**MICHAEL D. CREWS,** SECRETARY
FLORIDA DEPARTMENT OF
CORRECTIONS, et al.

    **Defendants.**
_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 12, 2015 (doc. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having carefully considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. Plaintiff Battles's claim against Defendants Crews, Whitehurst, Myers, Asencio, and Carter are **DISMISSED**.
3. The case is remanded to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 5th day of November, 2015.

                                           *s/ M. Casey Rodgers*
                                           **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**